# NO. 12-20-00057-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *LEE TRANSERVICES, INC.,* *APPELLANT* | § | *APPEAL FROM THE 159TH* |
| *V.* | | |
| | § | *JUDICIAL DISTRICT COURT* |
| *VULCAN MATERIALS COMPANY* *AND STATEWIDE TRANSPORT, LLC,* *APPELLEES* | § | *ANGELINA COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant, Lee Transervices, Inc., filed a motion to dismiss this appeal. No decision has been delivered in this appeal. Accordingly, the motion to dismiss is granted, and the appeal is *dismissed*. *See* TEX. R. APP. P. 42.1(a).

Opinion delivered September 2, 2020.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**SEPTEMBER 2, 2020**

**NO. 12-20-00057-CV**

**LEE TRANSERVICES, INC.,**
Appellant
V.
**VULCAN MATERIALS COMPANY AND**
**STATEWIDE TRANSPORT, LLC,**
Appellees

Appeal from the 159th District Court

of Angelina County, Texas (Tr.Ct.No. CV-00019-18-01)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*